**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------ x

Victor Andrews, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

Paragon Sports, LLC,
        Defendant.

------------------------------------ x

Case no. 1:24cv7887

**NOTICE OF SETTLEMENT**

    NOTICE IS HEREBY GIVEN that Plaintiff Victor Andrews and Defendant Paragon Sports, LLC ("Paragon"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants.

    Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

    Dated: March 4, 2025

                                      Respectfully Submitted,

                                      */s/ Asher Cohen*

                                      Asher H. Cohen, Esq.
                                      Equal Access Law Group PLLC
                                      68-29 Main Street
                                      Flushing, NY 11367
                                      718-914-9694
                                      acohen@ealg.law
                                      *Attorney for Plaintiff*